UNITED STATES DISTRICT COURT
SOUTHERN District of NEW YORK #1

PLAINTIFF

JEAN P SYRIAQUE

AGAINST (Complaint)

1- Hudson city police Department
2- Kingston city police Department

1:03-CV-1541 FJS/RFT

03 CV 8246

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
DEC 30 2003
AT____O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

2004 OCT 17 PM 4:41
U.S.D.C. S.D. OF N.Y.
FILED COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
Jean P Syriaque,

               Plaintiff,       Index No.

_ against _

Kingston City Police Department
              Defendant.
-------------------------------------------------------------x

03 CV 8246

FJS/RFT

1:03-CV-1541

TO THE SUPREME COURT OF THE STATE OF NEW YORK

      The complaint of the plaintiff, Jean P Syriaque, respectfully shows and alleges follow:

      1. The plaintiff herein, Jean P Syriaque, is a resident of the State of New York. Mr. Syriaque resides at 195-24 Jamaica Ave. No. A-7, Hollis NY 11423

      2. The defendant herein, Kingston City Police Department has a principal place of business in Kingston City, located at 1 Garraghan Drive, Kingston, NY 12401. Defendant is engaged in the business to service the City..

      3. Plaintiff Syriaque was illegally arrested by the Kingston City Police for two days.

      4. On August 2, 2003, defendant, Kingston City Police Department for no reason arrested plaintiff, hang up him and put him in jail for two and half days.

      5. Plaintiff has suffered from this incident0.

      6. Defendant failed to provide to the plaintiff the cause of this illegal arrest and reason to keep him for two and half days in jail.

      7. By raison of the facts and circumstances stated above, defendant has Cause lot of damage and lost to the plaintiff.

      8. By reason of the facts and circumstances stated above, plaintiff has been Damaged by defendant for the amount of $2,500,000,000,000,000.00. [2.5 billions]

      WHEREFORE, plaintiff demands judgment against defendant for the amount of $2,500,000,000,000,000.00 plus cost and disbursements for judgment together with any other relief the Court finds to be just and proper.

[in 2.5 billions]

Dated: October 14, 2003

_____  *[signature: Jean P Syriaque]*
Plaintiff

## VERIFICATION

Jean P Syriaque, being duly sworn, deposed and says:

I am the plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof, the same a true to my knowledge, except as to matter therein stated to be alleged on information and belief and as to those matter I believe them to be true

*[signature: Jean P Syriaque]*
Plaintiff

Shown to before me this
14th Day of October 2003

_____ *[signature]*
Notary Public

SEIDE CASSEUS
Notary Public, State of New York
No. 01CA4940559
Qualified in Kings County
Certificate Filed in Queens County
Commission Expires July 25, 2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Jean P Syriaque,

                Plaintiff,        Index No.

_ against _

Hudson City Police Department
                Defendant.
-----------------------------------------------------------------x

TO THE UNITED STATES DISTRICT COURT

      The complaint of the plaintiff, Jean P Syriaque, respectfully shows and allege as follow:

1. The plaintiff herein, Jean P Syriaque, is a resident of the State of New York. Mr. Syriaque resides at 195-24 Jamaica Ave. No. A-7, Hollis NY 11423

2. The defendant herein, Hudson City Police Department has a principal place of business at 429 Waren Street, Hudson NY 11534. Defendant is engaged in the business to service the City..

3. Plaintiff Syriaque was illegally arrested by the Hudson City Police and put in Jail for three days.

4. On August 4, 2003, defendant, Hudson City Police Department for no reason arrested plaintiff, hang up him and put him in jail for three days.

5. Plaintiff has suffered from this incident0.

6. Defendant failed to provide to the plaintiff the cause of this illegal arrest and reason to keep him for three days in jail.

7. By raison of the facts and circumstances stated above, defendant has Cause lot of damage and lost to the plaintiff.

8. By reason of the facts and circumstances stated above, plaintiff has been Damaged by defendant for the amount of $3,500,000,000,000,000.00 or 3.5 billions

WHEREFORE, plaintiff demands judgment against defendant for the amount of $3,500,000,000,000,000.00 plus cost and disbursements for judgment together with any other relief the Court finds to be just and proper. or 3.5 billions

Dated: October 14, 2003

_____   *Jean P Syriaque*
Plaintiff

## VERIFICATION

Jean P Syriaque, being duly sworn, deposed and says:

I am the plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof, the same a true to my knowledge, except as to matter therein stated to be alleged on information and belief and as to those matter I believe them to be true

*Jean P Syriaque*
Plaintiff

Shown to before me this
14th Day of October 2003

_____
Notary Public

**SEIDE CASSEUS**
**Notary Public, State of New York**
No. 01CA4940559
Qualified in Kings County
Certificate Filed in Queens County
Commission Expires July 25, 2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Jean P Syriaque,

                        Plaintiff,         Index No.

    _ against _

Kingston City Police Department
                   Defendant.
-----------------------------------------------------------------x

## TO THE UNITED STATES DISTRICT COURT

    The complaint of the plaintiff, Jean P Syriaque, respectfully shows and allege as follow:

1. The plaintiff herein, Jean P Syriaque, is a resident of the State of New York. Mr. Syriaque resides at 195-24 Jamaica Ave. No. A-7, Hollis NY 11423

2. The defendant herein, Kingston City Police Department has a principal place of business in Kingston City, located at 1 Garraghan Drive, Kingston, NY 12401. Defendant is engaged in the business to service the City..

3. On November 11, 2002, Plaintiff Syriaque was illegally arrested by the Kingston City Police and keep in jail for fourty five days. Also the plaintiff was injured on his head and took to the hospital for surgery and treatment.

4. The defendant, Kingston City Police Department, used excessive force to arrest plaintiff, hang up him and put him in jail for fourty five days and brutally causing damage to his head.

5. Plaintiff has suffered a lot from this case of brutality.

6. Defendant failed to provide to the plaintiff the exact cause of this illegal arrest, brutality and reason to keep him for fourty five days in jail.

7. By raison of the facts and circumstances stated above, defendant has Cause lot of damage and lost to the plaintiff.

8. By reason of the facts and circumstances stated above, plaintiff has been Damaged by defendant for the amount of $100,000,000,000,000,000.00.(One hundred billion dollar)

WHEREFORE, plaintiff demands judgment against defendant for the amount of $100,000,000,000,000,000.00 plus cost and disbursements for judgment together with any other relief the Court finds to be just and proper.

Dated: October 15, 2003

_____  
Plaintiff  *Jean P Syriaque*

## VERIFICATION

Jean P Syriaque, being duly sworn, deposed and says:

I am the plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof, the same a true to my knowledge, except as to matter therein stated to be alleged on information and belief and as to those matter I believe them to be true

Plaintiff  *Jean P Syriaque*

Shown to before me this  
15th Day of October 2003

_____  
Notary Public

SEIDE CASSEUS  
Notary Public, State of New York  
No. 01CA4940559  
Qualified in Kings County  
Certificate Filed in Queens County  
Commission Expires July 25, 20__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Jean P Syriaque,

                     Plaintiff,               Index No.

   _ against _

City Hudson
Columbia County.

                    Defendant.
-----------------------------------------------------------------x

TO THE UNITED STATES DISTRICT COURT

      The complaint of the plaintiff, Jean P Syriaque, respectfully shows and allege as follow:

      1. The plaintiff herein, Jean P Syriaque, is a resident of the State of New York. Mr. Syriaque resides at 195-24 Jamaica Ave. No. A-7, Hollis NY 11423

      2. The defendant herein, City Hudson has a principal place of business in Duchess County. Defendant is engaged in the business to service the City..

      3. Plaintiff Syriaque was illegally arrested by this City's security guard employed, according to uniform.

      4. On April 2003, defendant. City Hudson employee for no reason stopped and arrested plaintiff, hang up him and put him in building basement for two hours.

      5. Plaintiff has suffered from this incident0.

      6. Defendant failed to provide to the plaintiff the cause of this illegal arrest and reason to keep him for two hours in a police station.

      7. By raison of the facts and circumstances stated above, defendant has Cause lot of damage and lost to the plaintiff.

      8. By reason of the facts and circumstances stated above, plaintiff has been Damaged by defendant for the amount of $834,000,000.00. ∼ 834 million

      WHEREFORE, plaintiff demands judgment against defendant for the amount of $834,000,000.00 plus cost and disbursements for judgment together with any other relief the Court finds to be just and proper.

∽834 millions

Dated: October 14, 2003

*Jean P Syriaque*

Plaintiff

## VERIFICATION

Jean P Syriaque, being duly sworn, deposed and says:

I am the plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof, the same a true to my knowledge, except as to matter therein stated to be alleged on information and belief and as to those matter I believe them to be true

*Jean P Syriaque*

Plaintiff

Shown to before me this
14th Day of October 2003

_____
Notary Public

SEIDE CASSEUS
Notary Public, State of New York
No. 01CA4940559
Qualified in Kings County
Certificate Filed in Queens County
Commission Expires July 25, 20__