# UNITED  STATES  DISTRICT  COURT
### FOR THE NORTHERN DISTRICT OF NEW YORK

JEAN P. SYRIAQUE,

       Plaintiff,

                                        CIVIL JUDGMENT

  V.                                          1:03-cv-1541
                                             (FJS/RFT)

KINGSTON POLICE DEPARTMENT; HUDSON
CITY POLICE DEPARTMENT,

       Defendants.

**DECISION BY COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Report-Recommendation of Magistrate Judge Randolph F. Treece dated May 10, 2004, and the Text Order amending said Report-Recommendation dated June 8, 2004, is hereby adopted;

the Plaintiff's Complaint is Dismissed with prejudice for failure to prosecute and to obey a Court Order.


June 9, 2004                                      LAWRENCE K. BAERMAN
Date                                               Clerk


                                                s/ *Judi L. McNicholas*
                                                Judi L. McNicholas
                                                Deputy Clerk